1  ROB BONTA
   Attorney General of California
2  JEFFREY T. FISHER
   Supervising Deputy Attorney General
3  CASSANDRA J. SHRYOCK
   Deputy Attorney General
4  ROBERT M. PERKINS, III
   Deputy Attorney General
5  State Bar No. 309192
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3557
7   Fax: (415) 703-5843
    E-mail:  Robert.Perkins@doj.ca.gov
8  *Attorneys for Defendants*
   *State of California, California Department of*
9  *Corrections and Rehabilitation, San Quentin State*
   *Prison, Diaz, Davis, Escobell, Farooq, Torres,*
10 *Pachynski, Broomfield, Garrigan, and Cryer*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL RUIZ, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **STATE OF CALIFORNIA, et al.,** <br><br> Defendants. | 3:21-cv-01832-JD <br><br> **STIPULATED REQUEST FOR ORDER CHANGING DEADLINES** <br><br> Judge:   The Honorable James Donato <br><br> Action Filed:  March 16, 2021 |

In accordance with Northern District Civil Local Rule 6-2, Plaintiffs Santos Ruiz, Fernando Vera, Vanessa Robinson, Daniel Ruiz, Jr., Angelina Chavez, and Defendants, the State of California, the California Department of Corrections and Rehabilitation (CDCR), San Quentin State Prison, Ralph Diaz, Ron Davis, Clarence Cryer, Louis Escobell, Dr. Muhammad Farooq, Dr. Kirk Torres, Dr. Allison Pachynski, Ronald Broomfield, and Dr. Shannon Garrigan, submit this stipulated request for an order changing the deadlines for Defendants' responsive pleading,

Plaintiffs' response to any dismissal motion, Defendants' reply brief thereto, and the Rule 26(f) Case Management Conference. (*See* ECF Nos. 15 and 19.) Defendants have become aware that Mr. Ruiz had surviving children who have not been named in, or joined to, this lawsuit. Defendants contend that all of a decedent's surviving children are necessary parties under Federal Rule 19(a)(1), and "plaintiffs have a mandatory duty to join all heirs in the single action for wrongful death." *G.M. v. Poole*, No. 2:17-cv-02415-TLN-CKD, 2019 WL 4318573, at *3–4 (E.D. Cal. Sept. 12, 2019) (citing *Ruttenberg v. Ruttenberg*, 53 Cal. App. 4th 801, 807 (1997)). Plaintiffs' counsel has information that one additional adult child exists, who Plaintiffs contend did not preserve her state law claims by filing a timely government tort claim and who has expressed a desire not to be a plaintiff in this litigation. Plaintiffs' counsel is also aware that one additional minor child exists, and believes that child was adopted by other parents, severing Daniel Ruiz's legal parentage, but does not currently have documentation of this. And Defendants' investigation reveals that there may be one additional, adult child, whose identity is not known to either party at this time. The parties have met and conferred about this issue and believe further investigation may be necessary, and the parties agree that Plaintiffs will amend the complaint in light of this information. To accommodate this further investigation and amendment, the parties stipulate to the following deadlines:

      1.    Plaintiffs must file an amended complaint by July 8, 2021.

      2.    Defendants must file a responsive pleading by July 22, 2021. If Defendants move to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b), Plaintiffs' opposition to that motion must be filed by September 22, 2021. Defendants' reply to Plaintiffs' opposition must be filed by October 6, 2021.

      3.    The case management conference will be continued to October 7, 2021. Counsel will meet and confer, as required by Federal Rule of Civil Procedure 26(f), before the Case Management Conference with respect to the subjects set forth in Federal Rule of Civil Procedure 16(c). Counsel will file a joint case management conference statement not less than 7 days before the October 7, 2021 conference.

| | | |
|---|---|---|
| 1 | Dated:  June 9, 2021 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | JEFFREY T. FISHER<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | **_s/Robert M. Perkins, III_**<br>ROBERT M. PERKINS, III |
| 6 | | Deputy Attorney General<br>*Attorneys for Defendants* |

Dated: June 9, 2021                                  HADDAD & SHERWIN, LLP

**_s/Michael J. Haddad_**
MICHAEL J. HADDAD
*Attorney for Plaintiffs*

SA2021301388
42660546.docx

As required by Northern District Local Rule 5-1(i)(3), I attest under the penalty of perjury that concurrence in the filing of this document has been obtained from Michael J. Haddad.

# CERTIFICATE OF SERVICE

Case Name: **Daniel Ruiz, et al v. State of California, et al.**   No.   **3:21-cv-01832-JD**

I hereby certify that on June 9, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATED REQUEST FOR ORDER CHANGING DEADLINES**

**[PROPOSED] ORDER CHANGING DEADLINES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 9, 2021, at San Francisco, California.

| R. Caoile | /s/ R. Caoile |
|---|---|
| Declarant | Signature |

SA2021301388
42729314.docx