| | |
|---|---|
| 1 | MICHAEL J. HADDAD (SBN 189114) |
| 2 | JULIA SHERWIN (SBN 189268) |
|   | TERESA ALLEN (SBN 264865) |
| 3 | HADDAD & SHERWIN LLP |
|   | 505 Seventeenth Street |
| 4 | Oakland, CA 94612 |
|   | Telephone:     (510) 452-5500 |
| 5 | Facsimile:      (510) 452-5510 |
| 6 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANIEL RUIZ, DECEASED, by and through his Co-Successors in Interest, SANTOS RUIZ, FERNANDO VERA, VANESSA ROBINSON, and DANIEL RUIZ, JR., as Co-Successors in Interest and individually; and ANGELINA CHAVEZ, Individually

        Plaintiffs,

vs.

STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), an agency of the State of California; SAN QUENTIN STATE PRISON, a CDCR state prison; RALPH DIAZ, former Secretary of CDCR, in his individual capacity; R. STEVEN THARRATT, M.D., former Medical Director of CDCR, in his individual capacity; RONALD DAVIS, Warden of San Quentin State Prison, in his individual capacity; RONALD BROOMFIELD, Acting Warden of San Quentin State Prison, in his individual capacity; CLARENCE CRYER, Chief Executive Officer of San Quentin State Prison, in his individual capacity; ALISON PACHYNSKI, M.D., Chief Medical Executive of San Quentin State Prison, in her individual capacity; SHANNON GARRIGAN, M.D., Chief Physician and Surgeon of San Quentin State Prison, in her individual capacity; LOUIE ESCOBELL, R.N., Health Care Chief Executive Officer of California Institute for Men (CIM), in his individual capacity; MUHAMMAD FAROOQ, M.D., Chief Medical Executive for CIM, in his individual capacity; KIRK TORRES, M.D., Chief Physician & Surgeon for CIM, in his individual capacity, and DOES 1 through 20, individually, jointly and severally,

        Defendants.

Case No. 3:21-cv-01832-JCS

**NOTICE OF UNAVAILABILITY OF PLAINTIFFS' COUNSEL**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Plaintiffs' counsel, Michael J. Haddad and Julia Sherwin, will be out of the country and unavailable for any purpose from July 8, 2021 through and including July 23, 2021.  *See,* Tenderloin Housing Clinic v. Sparks, 8 Cal. App.4th 299 (1992).

DATED:  June 21, 2021                              HADDAD & SHERWIN LLP

                                                                    */s/Julia Sherwin*

                                                                    JULIA SHERWIN
                                                                    Attorneys for Plaintiffs