UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CIM-SQ TRANSFER CASES<br><br>This Document Relates To:<br>All Actions | Case No.  5:20-cv-06326-EJD<br><br>**ORDER RELATING AND CONSOLIDATING CASES**<br><br>Re: ECF Nos. 31, 47 |

    Defendants have filed motions to relate all cases in this district arising from a prison transfer from the California Institution for Men ("CIM") to San Quentin State Prison ("SQ") and subsequent COVID-19 outbreak. The Court GRANTS Defendants' motions to relate. All actions identified in Attachment A to this Order are hereby related. The Court also consolidates these related actions for pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a). The Court further ORDERS as follows:

    1.    Case No. 5:20-cv-6326 shall serve as the master docket for these consolidated actions and shall bear the case style *In re CIM-SQ Transfer Cases*. All papers in these consolidated actions shall be filed in the master docket. Except for Case No. 5:20-cv-6326, all other actions identified in Attachment A shall be administratively closed in accordance with the regular procedures of the Clerk of this Court, and any pending schedules, deadlines, dates, and motions in those dockets shall be terminated. If the need to sever any individual action from these consolidated actions arises, the relevant parties may file a Motion to Sever and Reopen the Original Docket in both the master docket and the original docket. All unrepresented (pro se) cases identified in Attachment A shall remain stayed.

2. When a pleading is intended to apply to all consolidated actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the case caption. When a pleading is not intended to apply to all actions, the case number(s) for each individual action to which the pleading pertains shall appear immediately after the words "This Document Relates To:" in the case caption. A pleading may also apply to a pre-defined subset of these actions, as indicated in Attachment A, by placing one of the following phrases after the words "This Document Relates To:" in the case caption: "Represented Actions," "Unrepresented Actions," "Wrongful Death Actions."

3. All pleadings and documents shall bear the case caption below:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| IN RE CIM-SQ TRANSFER CASES | Case No. 5:20-cv-06326-EJD |
|---|---|
| This Document Relates To: | |

4. An original of this Order shall be filed by the Clerk in the master docket and in the dockets for each of the actions identified in Attachment A, and in the docket of every action subsequently consolidated herewith.

5. All papers previously filed and served to date in the actions identified in Attachment A are part of the record in the master docket. There is no need to re-file those papers in the master docket.

6. Each attorney who has already made an appearance or been admitted pro hac vice in any of the actions identified in Attachment A shall be deemed admitted in *In re CIM-SQ Transfer Cases*, Case No. 5:20-cv-06326. Counsel who have not yet entered an appearance in the master docket shall file a Notice of Appearance therein.

7. Counsel in these consolidated actions shall call to the Court's attention the filing of any new related action arising out of similar facts and circumstances as are alleged in these consolidated actions and that therefore might properly be coordinated with these actions.

**IT IS SO ORDERED.**

Dated: July 24, 2024

EDWARD J. DAVILA
United States District Judge

# Attachment A

| Name | Case No. | Represented | Unrepresented | Wrongful Death |
|---|---|---|---|---|
| Nickerson v. Broomfield | 20-cv-6326 | X | | |
| Hoisington v. Broomfield | 20-cv-7845 | | X | |
| Harris v. Allison | 20-cv-9393 | X | | |
| Cooper v. Allison | 20-cv-9415 | X | | |
| Wilson v. Broomfield | 20-cv-9475 | | X | |
| Jones v. Broomfield | 20-cv-9479 | X | | |
| Hall v. Allison | 21-cv-0103 | X | | |
| Delgadillo Lopez v. Allison | 21-cv-0406 | | X | |
| Quale v. Allison | 21-cv-0708 | X | | |
| Vines v. Allison | 21-cv-0827 | | X | |
| Demings v. Allison | 21-cv-0828 | | X | |
| Hudson v. Broomfield | 21-cv-1094 | | X | |
| Lee v. Allison | 21-cv-1633 | | X | |
| Johnson v. Davis | 21-cv-1693 | | X | |
| Ruiz v. State of California | 21-cv-1832 | X | | X |
| Legg v. CDCR | 21-cv-1963 | X | | X |
| Hampton v. State of California | 21-cv-3058 | X | | X |
| Love v. State of California | 21-cv-4095 | X | | |
| Diaz v. State of California | 21-cv-4604 | X | | X |
| Bauer v. CDCR | 21-cv-4659 | X | | |
| Hollis v. Allison | 21-cv-4974 | | X | |
| Lopez v. Allison | 21-cv-4976 | | X | |
| Carter v. Allison | 21-cv-5351 | X | | |
| Crittenden v. Diaz | 21-cv-5805 | X | | |
| Cole v. Allison | 21-cv-6503 | | X | |
| Vo v. Allison | 21-cv-6722 | | X | |
| Thorpe v. Diaz | 21-cv-6960 | X | | |
| Johnson v. Broomfield | 21-cv-7158 | | X | |
| Warner v. State of California | 21-cv-8154 | X | | X |
| Hearod v. Broomfield | 21-cv-8539 | | X | |
| Mackey v. Allison | 21-cv-9386 | X | | |
| Hamilton v. Allison | 21-cv-9581 | X | | |
| Johnson v. CDCR | 22-cv-0022 | X | | |
| Toalepai v. Allison | 22-cv-0150 | X | | |
| Colvin v. State of California | 22-cv-0186 | X | | |
| Schrubb v. State of California | 22-cv-0266 | | X | |
| Hamiltonhausey v. Broomfield | 22-cv-0465 | X | | |
| O'Bannon v. State of California | 22-cv-0684 | | X | |
| Rhodes v. State of California | 22-cv-0905 | | X | |

| Name | Case No. | Represented | Unrepresented | Wrongful Death |
|---|---|---|---|---|
| Bolden v. Allison | 22-cv-2059 | | X | |
| Smith v. State of California | 22-cv-2204 | | X | |
| Dixon v. Diaz | 22-cv-2322 | | X | |
| Pegues v. State of California | 22-cv-2552 | | X | |
| Ulep v. Allison | 22-cv-2617 | | X | |
| Brooks v. Broomfield | 22-cv-4088 | | X | |
| Jackson v. Newsome | 22-cv-4482 | | X | |
| Watson v. Allison | 22-cv-4522 | | X | |
| Saif'ullah v. Allison | 22-cv-5017 | | X | |
| Mills v. Broomfield | 22-cv-5126 | | X | |
| Coles v. Allison | 22-cv-5349 | | X | |
| Bryant v. Davis | 22-cv-5477 | | X | |
| Shabazz v. Broomfield | 22-cv-5569 | | X | |
| Phillips v. Diaz | 22-cv-7206 | | X | |
| O'Neal v. Allison | 22-cv-7367 | | X | |
| Walker v. Allison | 22-cv-7442 | | X | |
| Comundoiwilla v. Diaz | 23-cv-0144 | | X | |
| Brown v. Broomfield | 23-cv-0783 | | X | |
| Mwasi v. Broomfield | 23-cv-1072 | | X | |
| Robinson v. State of California | 23-cv-3866 | | X | |
| Odell v. Broomfield | 23-cv-4795 | | X | |
| Poye-Perez v. Diaz | 23-cv-4933 | | X | |
| Johnson v. CDCR | 23-cv-6528 | | X | |
| Stanley v. CDCR | 24-cv-0013 | | X | |
| Beulah v. Broomfield | 24-cv-0205 | | X | |
| Sayres v. California | 24-cv-0330 | | X | |
| Kramer v. Broomfield | 24-cv-2417 | | X | |
| Wells v. Diaz | 24-cv-2488 | | X | |
| Hunter v. Diaz | 24-cv-2695 | | X | |
| Ortiz v. Diaz | 24-cv-3082 | | X | |
| Harvey v. CDCR San Quentin State | 24-cv-3392 | | X | |
| Moralez v. State of California | 24-cv-3569 | | X | |
| Jones v. State of California | 24-cv-3594 | | X | |
| Robinson v. State of California | 24-cv-3596 | | X | |
| Smith v. State of California | 24-cv-3719 | | X | |
| Moss v. State of California | 24-cv-3747 | | X | |
| Baylis v. California | 24-cv-4253 | | X | |